# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

IN RE: AMY M. GAMAGE )
ATTORNEY AT LAW, BAR NO. 9304. )
)                    Case No.: 2:18-ms-00034
)
)                    **ORDER OF SUSPENSION**
)
)
)
_____ )

   On May 23, 2018, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of May 29, 2018.  The Order to Show Cause provided Ms. Gamage with thirty (30) days to respond with reasons why she should not be suspended from the practice of law in this Court.  No response has been received from Ms. Gamage.  Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

   Accordingly, **IT IS HEREBY ORDERED** that Amy M. Gamage, Bar No. 9304, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

   **DATED** this ___3___ day of ▮▮▮▮, 2018.
                                        July

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  9th  day of July, 2018, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Amy M. Gamage
> c/o Vincent Savarese, Esq.
> 410 S. Rampart Blvd., Ste. 420
> Las Vegas, NV 89145

Certified Mail No.:   7017 3380 0000 4606 0702


> /s/ Michael Zadina
> Deputy Clerk
> United States District Court,
> District of Nevada